UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                                  5:98CR29-SPM

JAMES FRANKLIN SANGSTER
_____/

ORDER REMITTING FINE

IN CONSIDERATION of the United States' Petition to Remit Fine and this Court having been fully advised in the premises,

IT IS THEREFORE ORDERED that the unpaid portion of the fine imposed upon the defendant in the Southern District of Georgia, entered March 6, 1995, and which was subsequently transferred to the Northern District of Florida, is hereby remitted, pursuant to 18 U.S.C. § 3573.

DONE AND ORDERED this 18th day of August, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge